**In the MATTER OF PRIVATE SALE OF PROPERTY BY the MILL-CREEK TOWNSHIP SCHOOL DISTRICT**

No. 383 WAL 2016

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **GRANTED.** The issues, rephrased for clarity, are:

(1) Whether the Commonwealth Court had the authority under the Public School Code to order the public sale of Millcreek Township School District property pursuant to 24 P.S. § 7–707?

(2) Whether the Commonwealth Court erred in reversing the decision of the Court of Common Pleas ap-

proving the private sale of Millcreek Township School District property under 24 P.S. § 7-707?